UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 1:14-078 |
| ) | |
| BOBBIE L. LEAKE ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Tanya D. Jeffords,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Tanya D. Jeffords** be granted leave of absence for the following period: **January 16, 2015 through January 23, 2015; April 2, 2015 through April 6, 2015; May 8, 2015 through May 15, 2015; July 27, 2015 through July 31, 2015; August 2015; and November 23, 2015 through December 28, 2015.**

This 12th day of January, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia